# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KARINA SAN MARTIN  
3535 LATHAM STREET  
ROCKFORD, IL 61103  

SSN-xxx-xx-1773

Case Number: 08-73056

Case filed on: 9/23/2008  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $620.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 11,794.66 | 11,794.66 | 0.00 | 0.00 |
|  | Total Priority | 11,794.66 | 11,794.66 | 0.00 | 0.00 |
| 999 | KARINA SAN MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 24,062.91 | 23,515.51 | 21.83 | 550.43 |
| 002 | COUNTRYWIDE HOME LOANS INC | 20,210.57 | 19,000.00 | 0.00 | 0.00 |
|  | Total Secured | 44,273.48 | 42,515.51 | 21.83 | 550.43 |
| 001 | AMCORE BANK NA | 0.00 | 10.95 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,269.26 | 25.39 | 0.00 | 0.00 |
| 004 | ALLIED DATA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 777.00 | 15.54 | 0.00 | 0.00 |
| 006 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL SERVICES LP | 2,446.20 | 48.92 | 0.00 | 0.00 |
| 009 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MONITRONICS FUNDING LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SPIRIT OF AMERICA NTL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 135.00 | 2.70 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 4,523.80 | 90.48 | 0.00 | 0.00 |
| 016 | RONALDO ORTIZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,151.26 | 193.98 | 0.00 | 0.00 |
|  | Grand Total: | 65,219.40 | 54,504.15 | 21.83 | 550.43 |

Total Paid Claimant:     $572.26  
Trustee Allowance:       $47.74  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009          By /s/Heather M. Fagan